

September 10, 2020

Honorable Lawrence E. Kahn
United States District Judge
Northern District of New York
445 Broadway, Room 434
Albany, New York 12207

Re:     *Winslow v. The Weeklings LLC et al (1:20-cv-528-LEK-CFK)*

Dear Judge Kahn,

We represent Plaintiff, Jason Winslow, in the above in-captioned case. I am in touch with counsel for Defendant Greg Olear, who has agreed to waive service. The waiver of service was filed with the Court. Defendant Olear has until October 9, 2020 to respond to the complaint. We respectfully request that the case be referred back to Magistrate Judge Christian F. Hummel for an initial conference in mid-October after Greg Olear has put in an answer to the complaint.

The Court's consideration is much appreciated.

                                                   Respectfully submitted,

                                                   /s/Richard Liebowitz
                                                 Richard P. Liebowitz

                                               *Counsel for Plaintiff Jason Winslow*

