UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON WINSLOW<br><br>                Plaintiff,<br>v.<br><br>THE WEEKLINGS LLC and GREG OLEAR<br><br>                Defendants. | Civil Action No.:<br>1:20-cv-528 (LEF/CFH)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT THE WEEKLINGS LLC PURSUANT TO FRCP 41(a)1** |

      Plaintiff Jason Winslow hereby gives notice of his voluntary dismissal without prejudice of Defendant The Weeklings LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

                                            Respectfully Submitted,

**Dated**: Valley Stream, New York     **LIEBOWITZ LAW FIRM, PLLC**
          September 10, 2020

                                          By: /s/Richard Liebowitz
                                              Richard Liebowitz
                                              11 Sunrise Plaza, Suite 305
                                              Valley Stream, New York 11580
                                              T: 516-233-1660

IT IS SO ORDERED:

_____
Lawrence E. Kahn
Senior U.S. District Judge

Dated:   September 10, 2020